```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

SHARON BROWN, o/b/o KYLE BROWN,

        Plaintiff,

v.                                      Case No.  3:06-cv-379-J-33MCR

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 11), filed August 29, 2007, recommending that the Commissioner's decision be reversed and remanded.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and adopts it as the Court's opinion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.  The Report and Recommendation (Doc. # 11) is hereby **accepted** and adopted as the Court's opinion.

2.  The Commissioner's decision is hereby **REVERSED** and **REMANDED** for proceedings not inconsistent with this opinion.  On remand, the Administrative Law Judge is directed to further evaluate the evidence with respect to whether Claimant's impairments meet Listing 12.05(C).  If Claimant's impairments do not meet Listing 12.05(C), the Administrative Law Judge is directed to evaluate whether Claimant's impairments are medically or functionally equivalent to Listing 12.05(C).  Finally, the Administrative Law Judge may conduct any further proceedings he finds necessary in light of any new findings.

3.  The Clerk shall enter judgment reversing the decision of the Commissioner, and remanding this matter for further proceedings not inconsistent with this opinion.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 19th day of September 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record